NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICKY NEALY,                                )
                                           )
            Appellant,                      )
                                           )
v.                                          )          Case No. 2D17-4203
                                           )
STATE OF FLORIDA,                           )
                                           )
            Appellee.                       )
                                           )
_____)

Opinion filed November 14, 2018.

Appeal from the Circuit Court for Hendry
County; Scott H. Cupp, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.